

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00769-CV

**IN THE INTEREST OF L.M.T., ET AL., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00862
Honorable Norma Gonzales, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court has received information that the reporter's record was taken by four different court reporters. The reporter's record was due to be filed on November 30, 2017.

One court reporter has filed her portion of the record, and another court reporter requested and was granted an extension of time to file her portion of the record. Based on the information we received, Tracy Ray Plummer is responsible for preparing the second volume of the reporter's record, and Maria Fattahi is responsible for preparing the third volume. It is ORDERED that those volumes of the reporter's record be filed in this appeal no later than December 11, 2017. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court